## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DEON CAGLE and SILVER STATE FAIR HOUSING COUNCIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> BUSH Y. ABADIR and ANNE-MARIE ABADIR, individually and as trustees of The Bush Y. Abadir and Anne-Marie Abadir Recovaclt Trust; and DOTTIE GOLDSBERRY, <br><br> Defendants. | Case No.:   3:16-cv-00229-LRH-VPC <br><br> **ORDER GRANTING STIPULATION TO MEDIATE** |

This stipulation is entered into on the date of the final signature, below, and concerns the action filed in Federal District Court entitled, Cagle vs. Abadir, Case No. 3:16-cv-00229-LRH-VPC. The parties, by and through counsel, agree to participate in good faith in a mediation of the claims raised in plaintiffs' complaint upon the following terms:

1. Defendants will file their answer to the complaint on or before June 17, 2016. Thereafter, the litigation will be stayed until July 31, 2016, in order to facilitate the mediation.

2. The parties agree to use the services of mediator John Aberasturi. The date, time and location of the mediation will be mutually agreed to in conjunction with the availability of the mediator.

3. Defendants will contact Mr. Aberasturi and obtain available dates, and coordinate scheduling.

/ / /

4. Immediately upon execution of this stipulation, defendants will provide plaintiff's counsel a complete copy of the Nevada Capital Insurance Company policy issued to defendants. Defendants make no representations on whether plaintiffs' claims are covered by this policy, and affirmatively disclose to plaintiffs that NCIC is defending this action under a reservation of rights.

5. The parties agree to exchange mediation statements so that each side may understand the evidence in support of the other's claims or defenses.

6. Plaintiffs will provide to defendants a demand at least two weeks before the mediation, and defendants will respond to plaintiffs' demand at least one week before the mediation.

SO STIPULATED this 10 day of June, 2016.

_____
Christopher Brancart
Attorney for Plaintiffs

SO STIPULATED this 10 day of June, 2016.

_____
Michael K. Wall
Attorney for Defendants

The stipulation of the parties (ECF No. 13) is GRANTED.

IT IS SO ORDERED.

Dated this 13th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE