NEVADA LEGAL SERVICES, INC.
  Michelle Newman (NV 13206)
  mnewman@nlslaw.net
  Rhea Gertken (NV 9946)
  rgertken@nlslaw.net
204 Marsh Avenue, Suite 101
Reno, NV 89509
Tel:  (775) 284-3491
Fax:  (775) 284-3497

Attorneys for Plaintiff Deon Cagle

BRANCART & BRANCART
  Christopher Brancart (NV 8969)
  cbrancart@brancart.com
Post Office Box 686
Pescadero, CA  94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEON CAGLE and SILVER STATE FAIR HOUSING COUNCIL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BUSH Y. ABADIR and ANNE-MARIE ABADIR, individually and as trustees of The Bush Y. Abadir and Anne-Marie Abadir Revocable Trust; and DOTTIE GOLDSBERRY, <br><br> Defendants. | Case No. 3:16-cv-00229-VPC <br><br> PLAINTIFFS' REQUEST FOR ENTRY OF CONSENT DECREE AND DISMISSAL |

Pursuant to the stipulated consent decree and joint motion for dismissal –

1  each filed concurrently with this request – plaintiffs request that the Court enter the
2  consent decree and dismiss this action.

3
4                                    Respectfully submitted,

5                              BRANCART & BRANCART
6                              /s/ Christopher Brancart
7                              Christopher Brancart
                               cbrancart@brancart.com
8                              Attorney for Dion Cagle and Silver State
9                              Fair Housing Council, Inc.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on October 19, 2016, I served by email via ECF a copy of the attached document – **PLAINTIFFS' REQUEST FOR ENTRY OF CONSENT DECREE AND DISMISSAL** – upon the following attorneys:

Michael K. Wall
HUTCHISON & STEFFEN, LLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89415
Fax: (702) 385-2086
jrandall@hutchlegal.com
mwall@hutchlegal.com

Michelle Newman
Nevada Legal Services
204 Marsh Avenue, Suite 101
Reno, NV 89509
Fax: (775) 284-3497
mnewman@nlslaw.net

_/s/ Christopher Brancart_

-3-

1  NEVADA LEGAL SERVICES, INC.
     Michelle Newman (NV 13206)
2    mnewman@nlslaw.net
     Jennifer Jeans (NV 10481)
3    jjeans@nlslaw.net
   204 Marsh Avenue, Suite 101
4  Reno, NV 89509
   Tel:    (775) 284-3491
5  Fax:    (775) 284-3497

6  Attorneys for Plaintiff Deon Cagle

7  BRANCART & BRANCART
     Christopher Brancart (NV 8969)
8    cbrancart@brancart.com
   Post Office Box 686
9  Pescadero, CA  94060
   Tel:    (650) 879-0141
10 Fax:    (650) 879-1103

11 Attorneys for Plaintiffs Deon Cagle
   and Silver State Fair Housing
12 Council, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEON CAGLE and SILVER STATE FAIR HOUSING COUNCIL INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BUSH Y. ABADIR and ANNE-MARIE ABADIR, individually And as trustees of The Bush Y. Abadir and Anne-Marie Abadir Revocable Trust; and DOTTIE; GOLDSBERRY, <br><br> Defendants. | Case No. 3:16-cv-00229- VPC <br><br> CONSENT DECREE AND FINAL ORDER |

This action was brought by Plaintiffs alleging that Defendants violated the federal Fair Housing Act, 42 U.S.C. § 3601 *et seq.*, among other laws, by allegedly discriminating based on disability in the rental of dwellings at the Colony Inn Apartments, located in Reno,

1

Nevada. Defendants have denied that they discriminated in the rental of housing or otherwise violated any laws as alleged by Plaintiffs.

The parties have agreed that in order to avoid protracted and costly litigation the controversy should be resolved without a trial or adjudication on the merits and therefore have consented to entry of this decree and order. By entering into this consent decree and final order ("order"), Defendants make no admission of liability or wrongdoing in connection with the allegations and claims made by Plaintiffs.

It is hereby ordered, adjudged and decreed that:

1. Defendants, their employees, agents and all others acting on their behalf, shall comply with the following terms during the duration of this order:

A. At the management office of any rental dwelling owned or operated by any Defendant, Defendants shall place and maintain a HUD fair housing poster (HUD form 928) in a conspicuous location where it can be seen by residents or prospective residents;

B. At any rental dwelling owned or operated by any Defendant, Defendants shall provide each tenant or resident at the start of his/her occupancy with a copy of the HUD fair housing pamphlet (HUD form 903);

C. In connection with any rental dwelling owned or operated by any Defendant, Defendants shall require, and pay for the reasonable cost for, each employee with management responsibilities to attend a fair housing training once per year for each of the next three years to be provided by Silver State Fair Housing Council or any other FHIP-qualified agency. Any new employee with management responsibility must attend a fair housing training within 90 days of the start of his or her employment; and,

D. For a period of three years, starting on the anniversary date of the entry of dismissal, Defendants will send a letter to SSFHC or Nevada Legal Services certifying that Defendants have complied with the equitable terms of this settlement agreement during the preceding year; and,

E. If Plaintiffs believe that Defendants have failed to comply with equitable terms of this agreement, then Plaintiffs will provide written notice to Defendants, stating their concern and

1  providing Defendant with a reasonable period of time to achieve compliance before seeking
2  enforcement in the District Court.
3      2.    This order shall be in effect for a period of three years from the date of entry
4  and the Court shall retain jurisdiction for purposes of enforcement. This order will terminate
5  at the end of the three year period.
6      3.    The parties agree to attempt to work out in good faith any disputes that arise
7  under the terms of this order. Only after good faith mediation attempts have been exhausted
8  will the parties request the assistance of the Court in resolving the dispute.

Ordered this 31st day of October, 2016.

_____
Hon. Valerie P. Cooke
U.S. Magistrate Judge

Approved as to content and form:

NEVADA LEGAL SERVICES, INC.

_____
Michelle Newman
mnewman@nlslaw.net
Attorneys for Plaintiff Deon Cagle


BRANCART & BRANCART

/s/ Christopher Brancart
_____
Christopher Brancart
cbrancart@brancart.com
Attorneys for Plaintiffs Deon Cagle
and Silver State Fair Housing Council, Inc.

3

1  HUTCHINSON & STEFFEN

2  /s/ Michael Wall
3  _____
4  Michael Wall
   mwall@hutchlegal.com
5  Attorneys for Defendants

# CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on October 19, 2016, I served by email via ECF a copy of the attached document – CONSENT DECREE AND FINAL ORDER – upon the following attorneys:

Michael K. Wall
HUTCHISON & STEFFEN, LLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89415
Fax: (702) 385-2086
jrandall@hutchlegal.com
mwall@hutchlegal.com

Michelle Newman
Nevada Legal Services
204 Marsh Avenue, Suite 101
Reno, NV 89509
Fax: (775) 284-3497
mnewman@nlslaw.net

/s/ Christopher Brancart