```
 1  NEVADA LEGAL SERVICES, INC.
      Michelle Newman (NV 13206)
 2    mnewman@nlslaw.net
      Rhea Gertken (NV 9946)
 3    rgertken@nlslaw.net
    204 Marsh Avenue, Suite 101
 4  Reno, NV 89509
    Tel:  (775) 284-3491
 5  Fax:  (775) 284-3497

 6  Attorneys for Plaintiff Deon Cagle

 7  BRANCART & BRANCART
      Christopher Brancart (NV 8969)
 8    cbrancart@brancart.com
    Post Office Box 686
 9  Pescadero, CA  94060
    Tel:  (650) 879-0141
10  Fax:  (650) 879-1103

11  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEON CAGLE and SILVER STATE FAIR HOUSING COUNCIL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BUSH Y. ABADIR and ANNE-MARIE ABADIR, individually and as trustees of The Bush Y. Abadir and Anne-Marie Abadir Revocable Trust; and DOTTIE GOLDSBERRY, <br><br> Defendants. | Case No. 3:16-cv-00229-LRH-VPC <br><br> ~~JOINT MOTION FOR DISMISSAL;~~ <br> ~~[PROPOSED]~~ ORDER OF DISMISSAL |

Pursuant to the Consent Decree lodged with this joint motion, and good

1 | cause appearing therefor, the parties hereby move for an order dismissing this
2 | action, subject to the terms of the consent decree.
3 |     The Court shall retain jurisdiction for purposes of enforcement only.

Respectfully submitted,

| HUTCHISON & STEFFEN, LLC | BRANCART & BRANCART |
|---|---|
| /s/ Michael Wall | /s/ Christopher Brancart |
| Michael Wall<br>mwall@hutchlegal.com<br>Attorney for Defendants | Christopher Brancart<br>cbrancart@brancart.com<br>Attorney for Dion Cagle and Silver State Fair Housing Council, Inc. |

NEVADA LEGAL SERVICES, INC.

/s/ Michelle Newman

Michelle Newman
mnewman@nlslaw.net
Attorney for Dion Cagle

* * *

IT IS SO ORDERED.

Dated: October 31, 2016.

Hon. Valerie P. Cooke
U.S. Magistrate Judge

-2-

# CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on October 19, 2016, I served by email via ECF a copy of the attached document – JOINT MOTION FOR DISMISSAL; [PROPOSED] ORDER OF DISMISSAL – upon the following attorneys:

| | |
|---|---|
| Michael K. Wall<br>HUTCHISON & STEFFEN, LLC<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89415<br>Fax: (702) 385-2086<br>jrandall@hutchlegal.com<br>mwall@hutchlegal.com | Michelle Newman<br>Nevada Legal Services<br>204 Marsh Avenue, Suite 101<br>Reno, NV 89509<br>Fax: (775) 284-3497<br>mnewman@nlslaw.net |

/s/ Christopher Brancart

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28